UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**MICHAEL DREWS,**

    Plaintiff,

  v.                           Case No. 20-CV-154

**CARY SMITH,**

    Defendant.

## ORDER

Plaintiff Michael Drews requests that the court order the DAI HIPAA officer to give him a copy of a breach report filed by Steven Schmidt, who is defendant Cary Smith's supervisor. (Docket # 17.) Drews states that the breach report will show that defendant Smith violated his rights. On May 22, 2020, I denied as premature Drews' discovery-related request, explaining that I had not yet entered a scheduling order and, therefore, the parties should not be engaging in discovery at this time. (Docket # 16.) It appears that Drews had not yet received the May 22, 2020 order when he submitted his current request. In any event, I will issue a scheduling order once the defendant files a responsive pleading to the complaint and, after that, Drews may direct his discovery request to defendant Smith's lawyer. Drews' request is premature, and I will deny his motion for court order.

**THEREFORE, IT IS ORDERED** that Drews' motion for order (Docket # 17) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 3rd day of June, 2020.

**BY THE COURT:**

s/*Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge