# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MICHAEL DREWS,

    Plaintiff,

v.                                                                                                       Case No. 20-CV-154

CARY SMITH,

    Defendant.

# ORDER

Plaintiff Michael Drews, a Wisconsin state prisoner representing himself, filed this civil rights case under 42 U.S.C. § 1983. United States District Judge Lynn Adelman screened the complaint under 28 U.S.C. § 1915A and allowed Drews to proceed on a claim that defendant Dr. Cary Smith violated his right to privacy by disclosing his personal, mental health information to other inmates. (Docket # 10.) Drews has filed a request to amend the complaint. (Docket # 19.) According to Drews, he alleged in the complaint that Dr. Smith disclosed personal mental health information to inmates, but he should have alleged that Dr. Smith disclosed "personal *medical* and mental information to inmates in the living unit hallway by asking me at my cell door why do you put your catheter in and self harm with it?" (*Id*.) However, in the original complaint, Drews alleges that Dr. Smith disclosed personal, mental health information to inmates in the living unit hallway by stating information about "inserting items into the penis." (Docket # 1 at 2.) It appears that Drews simply wants

to amend his complaint to add the word "medical" to his allegations, yet the original complaint already contains a description of the information that Dr. Smith allegedly disclosed to other inmates. Thus, it appears that an amendment is not needed.

In any event, Drews did not file a comprehensive proposed amended complaint, as required. If Drews wants to amend the complaint, he needs to file a motion to amend along with a proposed amended complaint. *See* Civil L.R. 15(b) (E.D. Wis.). The proposed amended complaint must reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference. See Civil L.R. 15(a). Drews did not file a comprehensive proposed amended complaint and, therefore, I must deny his motion.

**THEREFORE, IT IS ORDERED** that Drews' motion to amend (Docket # 19) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 18th day of June, 2020.

BY THE COURT:

NANCY JOSEPH
United States Magistrate Judge